IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEXION PHARMACEUTICALS, INC. and ALEXION PHARMA INTERNATIONAL OPERATIONS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG BIOEPIS CO. LTD., <br><br> Defendant. | ) ) ) ) ) ) C.A. 24-005-GBW ) ) **REDACTED PUBLIC VERSION** ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION SCHEDULE**

MCCARTER & ENGLISH, LLP
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Maliheh Zare (#7133)
Renaissance Centre
405 N. King St, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

*Attorneys for Plaintiff*

ASHBY & GEDDES
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Defendant*

{01987880;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEXION PHARMACEUTICALS, INC. and ALEXION PHARMA INTERNATIONAL OPERATIONS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG BIOEPIS CO. LTD., <br><br> Defendant. | ) ) ) ) ) ) C.A. 24-005-GBW ) ) **REDACTED PUBLIC VERSION** ) ) ) ) |

### STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION SCHEDULE

WHEREAS, Plaintiffs Alexion Pharmaceuticals, Inc. and Alexion Pharma International Operations Ltd. (collectively, "Alexion") and Defendant Samsung Bioepis Co. Ltd. ("Samsung") have negotiated a proposed schedule pursuant to which to litigate Alexion's Motion for Preliminary Injunction (D.I. 16) (the "Motion"); and

WHEREAS, the below schedule was negotiated to conclude briefing by April 11, 2024 ███

████████████████████████████████████████████

████████████████████████████

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court that the following schedule shall govern Plaintiff's Motion:

| Event | Date(s) |
|---|---|
| Alexion document production in connection with Motion | February 27, 2024 |
| Depositions of Alexion's declarants | February 26, 2024 – March 6, 2024 |
| Samsung's Answering Brief in opposition to the Motion (25-pages) | March 15, 2024 |

{01987880;v1 }

| Event | Date(s) |
|---|---|
| Depositions of Samsung's declarants | March 27, 2024 – April 5, 2024 |
| Alexion's Reply Brief in support of Motion (10-pages) | April 11, 2024 |
| Hearing on the Motion | _____ (at the Court's earliest convenience) |

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
_____
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Maliheh Zare (#7133)
Renaissance Centre
405 N. King St, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

*Attorneys for Plaintiff*

ASHBY & GEDDES

/s/ Andrew C. Mayo
_____
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE