**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALEXION PHARMACEUTICALS, INC. and ALEXION PHARMA INTERNATIONAL OPERATIONS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG BIOEPIS CO. LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 24-5-GBW |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Alexion Pharmaceuticals, Inc. and Alexion Pharma International Operations Ltd. hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's May 6, 2024 Memorandum Order (D.I. 57) denying Plaintiffs' Motion for Preliminary Injunction (D.I. 16), and from all orders, opinions, decisions, and rulings prior to the entry of the Memorandum Order that merge therein. Payment of the required fees is provided with this notice.

| | |
|---|---|
| Dated: May 14, 2024 | MCCARTER & ENGLISH, LLP |
| | |
| | */s/ Alexandra M. Joyce* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Gerald J. Flattmann, Jr. | Maliheh Zare (#7133) |
| Andrew J. Cochran | Renaissance Centre |
| CAHILL GORDON & REINDEL LLP | 405 N. King St., 8th Floor |
| 32 Old Slip | Wilmington, DE  19801 |
| New York, NY  10005 | (302) 984-6300 |
| (212) 701-3000 | dsilver@mccarter.com |
| GFlattmann@cahill.com | ajoyce@mccarter.com |
| ACochran@cahill.com | mzare@mccarter.com |
| | |
| | *Attorneys for Plaintiffs* |

2